JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: August 26, 2011

Check No. 2032581

Check Amount: $30,610.35

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 06-40681-R | 00026 | RICHARD G. WEST, JR. & LISA G. WEST | 15 | XXXXX7035 | 22.61 | 1.92 | 24.53 |
| | | Original check written to: <br> GRAYSON COUNTY <br> P. O. BOX 2016 <br> SHERMAN, TX 75091-2106 | | | | | |
| 06-40681-R | 00037 | RICHARD G. WEST, JR. & LISA G. WEST | 13 | 3088 | 66.07 | 0.00 | 66.07 |
| | | Original check written to: <br> NEXTCARD <br> P. O. BOX 922968 <br> NORCROSS, GA 30010-2968 | | | | | |
| 06-40681-R | 00040 | RICHARD G. WEST, JR. & LISA G. WEST | 2 | XXXXX0769 | 29.61 | 0.00 | 29.61 |
| | | Original check written to: <br> OSI COLLECTION SERVICES INC <br> P. O. BOX 947 <br> BROOKFIELD, WI 53008-0947 | | | | | |
| 06-40825-R | 00017 | DANIEL & DANA L. MARTINKUS | 4 | XXXXX7826 | 77.68 | 0.00 | 77.68 |
| | | Original check written to: <br> CONTINENTAL CREDIT <br> C/O SECURITY FINANCE-CENTRL BKCY <br> 652 BUSH RIVER ROAD #206 <br> COLUMBIA, SC 29210-7537 | | | | | |
| 06-40953-R | 00026 | FRANKIE ALVIN BRAVENEC, JR. & DENISA ANNE BRAVENEC | 5 | 0946 | 126.70 | 0.00 | 126.70 |
| | | Original check written to: <br> SALLIE MAE GUARANTEE SVCS INC <br> P. O. BOX 6180 <br> INDIANAPOLIS, IN 46206-6180 | | | | | |
| 06-40953-R | 00033 | FRANKIE ALVIN BRAVENEC, JR. & DENISA ANNE BRAVENEC | 6 | 0946 | 96.13 | 0.00 | 96.13 |
| | | Original check written to: <br> SALLIE MAE GUARANTEE SVCS INC <br> P. O. BOX 6180 <br> INDIANAPOLIS, IN 46206-6180 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: August 26, 2011

Check No. 2032581

Check Amount: $30,610.35

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 06-41134-R | 00061 | WILLIAM NORMAN & MELODY ANNE NEWBURN | 10 | XXXXX1517 | 59.28 | 0.00 | 59.28 |
| | | Original check written to: SPORTS CONNECTION P. O. BOX 728 HURST, TX 76053 | | | | | |
| 06-41158-R | 00032 | JAMES RAY NEEDHAM, JR. & LINDA LEE NEEDHAM | 16 | XXXXX1054 | 189.90 | 0.00 | 189.90 |
| | | Original check written to: TSYS TOTAL DEBT MANAGEMENT P. O. BOX 137 COLUMBUS, GA 31902-0137 | | | | | |
| 06-41216-R | 00013 | CARLOS OCTAVIOUS & MICHELLE RENE GILSTRAP | 7 | XXXXX5447 | 230.44 | 0.00 | 230.44 |
| | | Original check written to: SECURITY FINANCE CENTRAL BANKRUPTCY 652 BUSH RIVER ROAD #206 COLUMBIA, SC 29210-7537 | | | | | |
| 06-41216-R | 00058 | CARLOS OCTAVIOUS & MICHELLE RENE GILSTRAP | 18 | XXXXX3428 | 46.25 | 0.00 | 46.25 |
| | | Original check written to: AIS SERVICES, LLC 9320 CHESAPEAKE DRIVE SUITE 126 SAN DIEGO, CA 92123 | | | | | |
| 06-41219-R | 00009 | KENNETH ROY & HEATHER GAYLE ALFORD | 7 | XXXXX3339 | 73.69 | 0.00 | 73.69 |
| | | Original check written to: CENTURYTEL P. O. BOX 6001 MARION, LA 71260 | | | | | |
| 06-41287-R | 00043 | JIMMY DALE SELBY, SR. & MARY KATHERINE LARKIN | 20 | XXXXX8583 | 102.53 | 0.00 | 102.53 |
| | | Original check written to: FCB P. O. BOX 1484 NORCROSS, GA 30091-1484 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: August 26, 2011

Check No. 2032581

Check Amount: $30,610.35

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 06-41349-R | 00004 | MARK DURANT SMITH, SR. & MITZI DAWN SMITH | 3 | XXXXX8236 | 408.74 | 69.84 | 478.58 |
| | | Original check written to: <br> IRWIN HOME EQUITY <br> 12677 ALCOSTA BLVD <br> SUITE 500 <br> SAN RAMON, CA 94583 | | | | | |
| 06-41349-R | 00043 | MARK DURANT SMITH, SR. & MITZI DAWN SMITH | 7 | XXXXX3596 | 90.47 | 0.00 | 90.47 |
| | | Original check written to: <br> GRANDE COMMUNICATIONS <br> P. O. BOX 671415 <br> DALLAS, TX 75267 | | | | | |
| 07-40668-R | 00015 | BRAD J. NIX IV | 14 | 0727 | 41.20 | 0.84 | 42.04 |
| | | Original check written to: <br> USAA FEDERAL SAVINGS BANK <br> C/O STEPHEN C. CASPERS <br> 12451 STARCREST DRIVE, #100 <br> SAN ANTONIO, TX 78216-2988 | | | | | |
| 08-50067-R | 00026 | JOYCE ELAINE SMITH | 2 | XXXXX0383 | 0.00 | 9.82 | 9.82 |
| | | Original check written to: <br> CITIFINANCIAL AUTO <br> P. O. BOX 182287 <br> COLUMBUS, OH 43218 | | | | | |
| 09-42644-R | 00003 | VALESHA M. STEPHENS | 6 | XXXXX7097 | 160.50 | 76.06 | 236.56 |
| | | Original check written to: <br> GRAYSON COUNTY <br> C/O LINEBARGER GOGGAN ET AL <br> 2323 BRYAN STREET, SUITE 1600 <br> DALLAS, TX 75201-2637 | | | | | |
| 10-40731-R | 00005 | WILLIAM BRET & KRISTINE KAY QUEEN | 1 | XXXXX8080 | 524.37 | 337.44 | 861.81 |
| | | Original check written to: <br> CITIFINANCIAL AUTO CREDIT, INC. <br> P. O. BOX 182287 <br> COLUMBUS, OH 43218-2287 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: August 26, 2011

Check No. 2032581

Check Amount: $30,610.35

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 10-40731-R | 00006 | WILLIAM BRET & KRISTINE KAY QUEEN | | XXXXX8080 | 1,124.00 | 0.00 | 1,124.00 |
| | | Original check written to: CITIFINANCIAL AUTO CREDIT, INC. P. O. BOX 182287 COLUMBUS, OH 43218-2287 | | | | | |
| 10-40731-R | 00011 | WILLIAM BRET & KRISTINE KAY QUEEN | 7 | 8489 | 148.96 | 123.60 | 272.56 |
| | | Original check written to: WELLS FARGO HOME MORTGAGE 1 HOME CAMPUS BKY PMT PROCESS MAC#X2302-04C DES MOINES, IA 50328 | | | | | |
| 10-42228-R | 00056 | TERRY VON & SARAH CATHERINE ROSEBROCK | 8 | 0255 | 0.00 | 2.12 | 2.12 |
| | | Original check written to: GMAC MORTGAGE 3451 HAMMOND AVENUE WATERLOO, IA 50702-5300 | | | | | |
| 10-42554-R | 00016 | MARTHA A. HENDRICKS | 9 | 6125 | 304.27 | 0.00 | 304.27 |
| | | Original check written to: WELLS FARGO BANK, NA ONE HOME CAMPUS BK PMT PROC/MAC #X2302-04C DES MOINES, IA 50328 | | | | | |
| 10-43095-R | 00017 | JOSHUA COCKRELL | 2 | 1159 | 0.00 | 237.28 | 237.28 |
| | | Original check written to: WELLS FARGO HOME MORTGAGE 1 HOME CAMPUS MAC#X2302-04C DES MOINES, IA 50328 | | | | | |
| 10-43689-R | 00047 | JAN ZABCIK | 14 | 6579 | 140.88 | 0.00 | 140.88 |
| | | Original check written to: JPMORGAN CHASE BANK, NA MAIL CODE: OH4-7133 P. O. BOX 182349 COLUMBUS, OH 80084-8938 | | | | | |
| | | | | **TOTALS** | **$4,064.28** | **$858.92** | **$4,923.20** |